■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENIO RIVERA, Appellant. [633 NYS2d 141] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered March 3, 1993, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and upon his guilty plea, of criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of 6½ to 13 years, unanimously affirmed.

The hearing court properly denied the motion to suppress based upon its acceptance of the police officer's hearing testimony. There was nothing incredible about the officer's testimony that he could observe defendant passing a white glassine envelope of heroin to a buyer from a distance of approximately 75 feet on a clear sunny day with nothing obstructing his view (cf., People v Basile, 174 AD2d 472, lv denied 78 NY2d 1073). Defendant's remaining contentions are unpreserved and, in any event, without merit. Concur—Ellerin, J. P., Wallach, Nardelli and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Also Known as VICTOR PEREZ, Appellant. [632 NYS2d 962] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on or about August 23, 1992, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Ellerin, J. P., Wallach, Nardelli and Williams, JJ.